DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KATHERINE COCCHI PACHECO,**
Appellant,

v.

**RANDALL GANN,**
Appellee.

No. 4D20-2799

[November 10, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dennis D. Bailey, Judge; L.T. Case No. FMCE19-007008.

John Elias of Law Office of John Elias, Pembroke Pines, for appellant.

No appearance filed for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, ARTAU, JJ., and HARPER, BRADLEY, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***